# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR-19-325-SLP |
| KEEGAN KELLEY HARROZ<br>BARRY ROWLAND TITUS | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Joint Motion for Leave to File Reply to United States' Response to Defendants' Amended Joint Motion to Compel. (Doc. #116).

Accordingly, the Court GRANTS the Joint Motion for Leave to File Reply to United States' Response to Defendants' Amended Joint Motion to Compel (Doc. #116). The response of Defendants shall be filed on or before February 28, 2020.

IT IS SO ORDERED this 21st day of February, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE